PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:    pcogan@rmkb.com, rforni@rmkb.com

E-FILED 04/22/13

JS-6

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT HULL,<br><br>   Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; LOWE'S LONG TERM DISABILITY PLAN,<br><br>   Defendant. | Case No.  CV12-01688 PSG (Ex)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice, this action shall be, and hereby is, dismissed with prejudice in its entirety as to all defendants. Each party shall bear its own attorney's fees and costs.

Dated:  April 22 2013

**PHILIP S. GUTIERREZ**

The Honorable Philip S. Gutierrez
United States District Court
Central District of California

RC1/6881441.1/RR2

ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. CV12-01688 PSG